IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DIRECTV, INC. | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-271 |
| | ) | |
| JERRY FIELDS | ) | |

## **O R D E R**

Pursuant to LR7.2 of the Local Rules of the United States District Court for the Eastern District of Tennessee, it is hereby **ORDERED** that the unopposed Motion for Summary Judgment filed by the defendant, Jerry Fields, is **GRANTED,** [Doc. 13], and the plaintiff's complaint is **DISMISSED**. The defendant filed his motion on March 29, 2005, and the 20 days for filing a response has long since run. The plaintiff having failed to file any responsive pleading, the record reflects that no material dispute of fact exists, and thus, the case is appropriate for judgment as a matter of law.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE